IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VIVIAN REDDING,                )<br>                                          )<br>     Plaintiff,                     )<br>                                          )<br>     v.                                )    CIVIL ACTION NO. 5:16-CV-82 (MTT)<br>                                          )<br>DEBORAH LEE JAMES,      )<br>                                          )<br>     Defendant.                   )<br>                                          ) | |

## ORDER

Plaintiff Vivian Redding has moved to proceed *in forma pauperis* and for the appointment of counsel. (Doc. 2). An individual may be allowed to proceed *in forma pauperis* if he declares in an affidavit that he is unable to prepay court fees "or give security therefor." 28 U.S.C. § 1915(a)(1). However, § 1915(e) directs courts to dismiss actions which are frivolous or malicious. Duplicative or repetitious litigation of virtually identical causes of action is subject to dismissal under § 1915 as malicious. *See Bailey v. Johnson,* 846 F.2d 1019, 1021 (5th Cir. 1988) (affirming dismissal of duplicative litigation because "an [*in forma pauperis*] complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed" under § 1915); *see also Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981).

It appears that the facts supporting Redding's Title VII complaint in this case are the same as those pled in another action currently pending in this Court, case number

5:14-cv-407.  The two complaints are almost identical.[1]  (Doc. 1; Complaint, Redding v. Fanning, No. 5:14-cv-407, at Doc. 1 (2014)).   Because Redding's claims in this case are duplicative of the claims raised in the pending action, this case is **DISMISSED**.  Therefore, there is no need to address Redding's motion for the appointment of counsel.  The motion to proceed *in forma pauperis* and for appointment of counsel is **DENIED**.  (Doc. 2).

    **SO ORDERED** this 7th day of April, 2016.

                                  S/ Marc T. Treadwell
                                  MARC T. TREADWELL, JUDGE
                                  UNITED STATES DISTRICT COURT

---

[1] Redding subsequently filed a more definite statement in the pending case.  Plaintiff's More Definite Statement Pursuant [to] Rule 12(e) of the Federal Rules of Civil Procedure, Redding v. Fanning, No. 5:14-cv-407, at Doc. 9.